# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVARR WILLIAMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>MIDLAND FUNDING, LLC; MINDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC.,<br><br>        Defendants. | Case No. **3:14-cv-02292-BTM-WVG**<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

Based upon the Joint Motion for Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-referenced matter is hereby dismissed with prejudice.  Each party will bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated:  March 20, 2015

_____
Barry Ted Moskowitz, Chief Judge
United States District Court